CSD 1547 [09/27/10]

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

## NOTICE OF CHANGE OF ADDRESS

```
FILED ✓
ENTERED
LODGED
RECEIVED

MAY 14 2013

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY SS                    DEPUTY
```

IN RE: __Heidi L. Cordina_____, Debtor

CASE NUMBER: __08-02527-LA13_____

PLEASE NOTE: This form may <u>not</u> be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, <u>AMENDMENT</u>.

Check appropriate box below:

[ ✔ ] DEBTOR OR JOINT DEBTOR NAMED BELOW:

NAME: __Heidi L Cordina_____    [ ✔ ] Debtor   [ ] Joint Debtor
(Please print)

NEW ADDRESS: __37 Tweed Rd_____
(New Street or Post Office Address)

__Fox Lake, IL   60020_____
(City)          (State)          (ZIP Code)

SIGNATURE: __/s/ Heidi L Cordina_____
(~~Attorney for~~ Debtor or Joint Debtor)


[ ] CREDITOR NAMED BELOW:

NAME: _____
(Please print)

NEW ADDRESS: _____
(New Street or Post Office Address)

_____
(City)          (State)          (ZIP Code)

SIGNATURE: _____
(Attorney for) Creditor

CSD 1547